500 A.2d 805
**COMMONWEALTH of Pennsylvania**

v.

**Thurman MEARION, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 15, 1985.

Petition for Allowance of Appeal GRANTED, No. 149 E.D. Appeal Docket 1985.